## JEFFRIES v. THE SINGER MANUFACTURING CO. ET AL.

APPEAL: JURISDICTION. Where the amount in controversy is less than one hundred dollars, the certificate of the trial judge is necessary to give the appellate court jurisdiction.

*Appeal from Des Moines District Court.*

MONDAY, APRIL 26.

THE record shows that the plaintiff replevied from the defendant a sewing machine, and on the final hearing of the case recovered a money judgment for fifty-five dollars and costs. upon which judgment execution was issued and placed in the hands of the sheriff; that after the issuance of the execution the defendant purchased a claim and procured judgment thereon against the plaintiff before a justice of the peace, and caused execution to be issued thereon and placed in the hands of the sheriff, and seeks to have the same operate as a set off against plaintiff's execution against defendant. She asks an injunction to restrain the same on the ground that her judgment was for the value of a sewing machine which belonged to her, as the head of a family, and was exempt from execution. A temporary injunction was ordered and issued, but on final hearing it was dissolved, and plaintiff's petition dismissed, from which she appeals.

*A. M. Antrobus* and *Stutsman & Trulock*, for appellant.

*Halls & Baldwin*, for appellee.

MILLER, CH. J.—The amount in controversy between the parties in this case does not exceed one hundred dollars, and there is, in the record, no certificate of the judge, before whom the cause was tried, that it involves a question of law upon which it is desirable to have the opinion of the Supreme

Court, as provided by section 3173 of the Code. Without this certificate we have no jurisdiction to pass upon the questions made in the record. The appeal must, therefore, be dismissed.

APPEAL DISMISSED.